to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–288. LEWIS ET VIR, INDIVIDUALLY, AS PARENTS, AS NEXT FRIENDS, AND AS ADMINISTRATORS OF THE ESTATE OF LEWIS, DECEASED *v.* BRUNSWICK CORP. C. A. 11th Cir. [Certiorari granted, *ante*, p. 978.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 97–282. FARAGHER *v.* CITY OF BOCA RATON. C. A. 11th Cir. [Certiorari granted, *ante*, p. 978.] Motion of National Employment Lawyers Association for leave to file a brief as *amicus curiae* granted.

No. 97–463. TEXTRON LYCOMING RECIPROCATING ENGINE DIVISION, AVCO CORP. *v.* UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 979.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 97–843. DAVIS, AS NEXT FRIEND OF LASHONDA D. *v.* MONROE COUNTY BOARD OF EDUCATION ET AL. C. A. 11th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 97–5737. FORNEY *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1072.] Allen R. Snyder, Esq., of Washington, D. C., is invited to brief and argue this case as *amicus curiae* in support of the judgment below.

No. 97–6836. WEE ET UX. *v.* ANDREWS ET AL. C. A. 2d Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until February 17, 1998, within which to pay the docketing fee requred by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–1083. IN RE COLE. Petition for writ of habeas corpus denied.

No. 97–784. IN RE GOULD;
No. 97–6924. IN RE WHITE; and
No. 97–7154. IN RE LANGWORTHY. Petitions for writs of mandamus denied.